United States District Court
Southern District of Texas
**ENTERED**
February 22, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| VS. § | Case No. 04:18CR199-03 |
| § § § | |
| LABIB DEEB ARAFAT § USM 61375-479 § | |

## ORDER GRANTING UNOPPOSED MOTION FOR BRIEF CONTINUANCE OF SURRENDER DATE FOR MEDICAL REASONS

On this date, the Court considered Defendant Labib Deeb Arafat's Unopposed Motion for Brief Continuance of Surrender Date for Medical Reasons and has determined that it should be and hereby is GRANTED. It is accordingly

ORDERED that Mr. Arafat's date and time by which to report to the Federal Bureau of Prisons, by surrendering at the Federal Detention Center in Houston, Texas, is extended to 2:00 p.m. on Friday, February 25, 2022.

Dated this  22nd  day of February, 2022.

_____
Hon. Gray Miller
United States District Court Judge